Closed

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE HEITING, an individual, | Case No. 2:23−cv−10822 JLS (MAAx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MARRIOTT INTERNATIONAL, INC., a Maryland Corporation; and DOES 1 through 25, inclusive, | |
| Defendant. | |

Per Federal Rule 58(a) and the Court's order granting Defendant's motion to dismiss, the Court ENTERS final judgment in favor of Marriott. The First Amended Complaint is dismissed without leave to amend and without prejudice to refiling in an appropriate jurisdiction

IT IS SO ORDERED.

DATED:  August 16, 2024

_____

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE